# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re: HOLMES, CHRISTOPHER ANTHONY §  Case No. 18-27080
      PRINCE, DENICE DAWN §
       §
       §
    Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Michael F. Thomson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $17,600.00 | Assets Exempt: | $9,600.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,410.48 | Claims Discharged Without Payment: | $76,554.16 |
| Total Expenses of Administration: | $471.31 | | |

    3) Total gross receipts of $1,881.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,881.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,200.00 | $4,279.23 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $470.45 | $471.31 | $471.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $575.00 | $27,352.78 | $27,352.78 | $1,410.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $55,462.30 | $21,091.86 | $21,091.86 | $0.00 |
| **TOTAL DISBURSEMENTS** | $60,237.30 | $53,194.32 | $48,915.95 | $1,881.79 |

4) This case was originally filed under chapter 7 on 09/22/2018, and it was converted to chapter 7 on 04/19/2019. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2020     By: /s/ Michael F. Thomson
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| POTENTIAL TAX REFUNDS | 1224-000 | $1,881.79 |
| **TOTAL GROSS RECEIPTS** | | **$1,881.79** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICA FIRST CREDIT U | 4210-000 | NA | $4,279.23 | $0.00 | $0.00 |
| N/F | America First Credit U | 4110-000 | $4,200.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,200.00** | **$4,279.23** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael F. Thomson | 2100-000 | NA | $470.45 | $470.45 | $470.45 |
| Bond Payments - International Sureties, LTD. | 2300-000 | NA | $0.00 | $0.86 | $0.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $470.45 | $471.31 | $471.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | IRS | 5800-000 | NA | $8,587.03 | $8,587.03 | $0.00 |
| 6P | UTAH STATE TAX COMMISSION ATTN: BANKRUPTCY UNIT | 5800-000 | NA | $11,489.43 | $11,489.43 | $0.00 |
| 7 | KIMBERLEY PETERSON, C/O GRANT M. KELLEY FAMILY SUPPORT DIVISION | 5100-000 | NA | $7,276.32 | $7,276.32 | $1,410.48 |
| N/F | IRS | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Mo Chid Sprt | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Office Recovery Servic | 5600-000 | $575.00 | NA | NA | NA |
| N/F | Utah State Tax Commission | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$575.00** | **$27,352.78** | **$27,352.78** | **$1,410.48** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | IRS | 7100-000 | NA | $4,040.14 | $4,040.14 | $0.00 |
| 2 | SQUARE CAPITAL C/O RMS BANKRUPTCY RECOVERY SERVICES | 7100-000 | NA | $5,670.75 | $5,670.75 | $0.00 |
| 3 | INTERMOUNTAIN HEALTHCARE | 7100-000 | NA | $2,321.49 | $2,321.49 | $0.00 |
| 4 | VERIZON BY AMERICAN INFOSOURCE AS AGENT | 7100-000 | NA | $470.84 | $470.84 | $0.00 |
| 5 | NOTHERN LEASING SYSTEMS INC | 7100-000 | NA | $4,365.00 | $4,365.00 | $0.00 |
| 6U | UTAH STATE TAX COMMISSION ATTN: BANKRUPTCY UNIT | 7100-000 | NA | $1,902.18 | $1,902.18 | $0.00 |
| 9 | INTERMOUNTAIN HEALTHCARE | 7100-000 | NA | $2,321.46 | $2,321.46 | $0.00 |
| N/F | 1C Systems | 7100-000 | $2,180.89 | NA | NA | NA |
| N/F | AFNI | 7100-000 | $341.33 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $301.92 | NA | NA | NA |
| N/F | Absolute Resolutions Corp | 7100-000 | $2,999.75 | NA | NA | NA |
| N/F | Automated Waste Services | 7100-000 | $35.50 | NA | NA | NA |
| N/F | Bay Area Credit Services Inc. | 7100-000 | $122.68 | NA | NA | NA |
| N/F | Berlin Wheeler Inc | 7100-000 | $750.00 | NA | NA | NA |
| N/F | Brown Dental Office | 7100-000 | $1,634.18 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CMRE Financial Servcies Incorporated | 7100-000 | $1,036.40 | NA | NA | NA |
| N/F | Cbe Hlthcare | 7100-000 | $589.00 | NA | NA | NA |
| N/F | Cbe Hlthcare | 7100-000 | $475.00 | NA | NA | NA |
| N/F | Cedar Anesthesia Group | 7100-000 | $597.04 | NA | NA | NA |
| N/F | Cedar City Radiology | 7100-000 | $1,034.00 | NA | NA | NA |
| N/F | Cedar Orthopaedic Surgery Speciality | 7100-000 | $163.00 | NA | NA | NA |
| N/F | CenturyLink | 7100-000 | $351.95 | NA | NA | NA |
| N/F | City of Riverside | 7100-000 | $426.16 | NA | NA | NA |
| N/F | David Cotter | 7100-000 | $450.00 | NA | NA | NA |
| N/F | ER Solutions/Convergent Outsourcing, INC | 7100-000 | $975.00 | NA | NA | NA |
| N/F | Enhanced Recovery Corp | 7100-000 | $341.00 | NA | NA | NA |
| N/F | Enhanced Recovery Corp | 7100-000 | $148.00 | NA | NA | NA |
| N/F | Farmers Insurance | 7100-000 | $4,012.75 | NA | NA | NA |
| N/F | Financial Credit Network | 7100-000 | $370.06 | NA | NA | NA |
| N/F | First National Collection Bureau, Inc | 7100-000 | $385.35 | NA | NA | NA |
| N/F | Foot & Ankle Institute | 7100-000 | $40.00 | NA | NA | NA |
| N/F | Gallian Welker & Beckstrom LC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | IHC | 7100-000 | $477.75 | NA | NA | NA |
| N/F | Intermountain Medical Group | 7100-000 | $92.72 | NA | NA | NA |
| N/F | Kansas Counselors Of K | 7100-000 | $12,638.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Link Debt Recovery | 7100-000 | $597.00 | NA | NA | NA |
| N/F | Link Debt Recovery | 7100-000 | $608.81 | NA | NA | NA |
| N/F | Merchant's Credit Guide | 7100-000 | $135.89 | NA | NA | NA |
| N/F | Metro Republic Commercial | 7100-000 | $409.32 | NA | NA | NA |
| N/F | Midland Credit Mgmt In | 7100-000 | $560.00 | NA | NA | NA |
| N/F | Municipal Services Bureau | 7100-000 | $1,158.73 | NA | NA | NA |
| N/F | NAFS | 7100-000 | $2,382.48 | NA | NA | NA |
| N/F | Nothern Leasing Systems Inc | 7100-000 | $6,870.67 | NA | NA | NA |
| N/F | Optima Recovery Servic | 7100-000 | $409.00 | NA | NA | NA |
| N/F | Periodontal Specialists Inc | 7100-000 | $128.00 | NA | NA | NA |
| N/F | Professional Recovery Systems | 7100-000 | $1,273.49 | NA | NA | NA |
| N/F | Randy G Delcore MD | 7100-000 | $163.00 | NA | NA | NA |
| N/F | Revcare Incorp | 7100-000 | $97.89 | NA | NA | NA |
| N/F | Riverside County Reg Med Ctr | 7100-000 | $398.40 | NA | NA | NA |
| N/F | Riverside Public Utilities | 7100-000 | $26.41 | NA | NA | NA |
| N/F | Sprint | 7100-000 | $561.27 | NA | NA | NA |
| N/F | St. George Radiology | 7100-000 | $23.00 | NA | NA | NA |
| N/F | TMC | 7100-000 | $4,487.60 | NA | NA | NA |
| N/F | Terrance R. Livingston | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Gas Company | 7100-000 | $224.80 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | The Swiss Colony | 7100-000 | $173.06 | NA | NA | NA |
| N/F | Truman Medical Center Lakewood | 7100-000 | $223.30 | NA | NA | NA |
| N/F | UniFirst | 7100-000 | $38.75 | NA | NA | NA |
| N/F | Valley HEalth System | 7100-000 | $1,542.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$55,462.30** | **$21,091.86** | **$21,091.86** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| | |
|---|---|
| Case No.: 18-27080 | Trustee Name: (640170) Michael F. Thomson |
| Case Name: HOLMES, CHRISTOPHER ANTHONY / PRINCE, DENICE DAWN | Date Filed (f) or Converted (c): 04/19/2019 (c) |
| | § 341(a) Meeting Date: 06/14/2019 |
| For Period Ending: 07/09/2020 | Claims Bar Date: 12/09/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2001 JEEP GRAND CHEROKEE LTD | 1,500.00 | 0.00 | | 0.00 | FA |
| 2 | 2003 YAMAHA 125<br>Entire property value: $300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 600.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING (NEGATIVE BALANCE): US BANK<br>Overdrawn on petition date. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | TOOLS USED IN AUTO REPAIR SHOP.<br>Per Statewide:<br>Snap On 6-Drawer Rolling Tool Box with Snap On Hand Tools & Sets - $1,000<br>OmegaLift 1,000 lbs Telescopic Transmission Jack - $200<br>Power Probe Micro Torch Kit - $25<br>Snap On Digital Multimeter - $50<br>Snap On MODIS Edge Diagnostic Scan Tool - $500 | 8,700.00 | 0.00 | | 0.00 | FA |
| 7 | ELITE COMPLETE AUTO CARE INC (AUTOMOTIVE REPAIR), 100% OWNERSHIP<br>Company is in bankruptcy. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | POTENTIAL TAX REFUNDS (u)<br>Debtors directed to turn over tax returns by 6/28/19 and refunds immediately upon receipt.<br>Fed: $2389 (estate = $1734.41)<br>State: $203 (estate = $147.38) | 0.00 | 1,881.79 | | 1,881.79 | FA |
| 9 | POTENTIAL TOOLS AND VEHICLES LISTED ON UCC-1 THAT ARE NOT LISTED ON SCHEDULES (u)<br>According to testimony held in the Elite Complete case 18-27481, the 1966 boat is owned by another Christopher Holmes, not the debtor, and the 1988 Suzuki is in pieces and worth nothing. The lifts in question were owned by Denice Prince's uncle. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 DODGE DURANGO (u)<br>Added per amended Schedule D [Dkt. 19] | 4,000.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$17,600.00** | **$1,881.79** | | **$1,881.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/14/2020 | **Current Projected Date Of Final Report (TFR):** 02/18/2020 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 18-27080
**Case Name:** HOLMES, CHRISTOPHER ANTHONY
PRINCE, DENICE DAWN

**For Period Ending:** 07/09/2020

**Trustee Name:** (640170) Michael F. Thomson
**Date Filed (f) or Converted (c):** 04/19/2019 (c)
**§ 341(a) Meeting Date:** 06/14/2019
**Claims Bar Date:** 12/09/2019

07/09/2020
Date

/s/Michael F. Thomson
Michael F. Thomson

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| **Case No.:** | 18-27080 | **Trustee Name:** | Michael F. Thomson (640170) |
|---|---|---|---|
| **Case Name:** | HOLMES, CHRISTOPHER ANTHONY PRINCE, DENICE DAWN | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******2629 Checking |
| **Taxpayer ID #:** | **-***7005 | **Blanket Bond (per case limit):** | $59,566,052.00 |
| **For Period Ending:** | 07/09/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/20/19 | {8} | Christopher Holmes and Denice Prince | Tax returns | 1224-000 | 1,881.79 | | 1,881.79 |
| 12/05/19 | 101 | International Sureties, LTD. | Bond Payment Voided on 12/18/2019 | 2300-000 | | 1.01 | 1,880.78 |
| 12/18/19 | 101 | International Sureties, LTD. | Bond Payment Voided: check issued on 12/05/2019 | 2300-000 | | -1.01 | 1,881.79 |
| 12/18/19 | 102 | International Sureties, LTD. | Bond Payment | 2300-000 | | 0.86 | 1,880.93 |
| 03/31/20 | 103 | Michael F. Thomson | Dividend paid 100.00% on $470.45| Claim # FEE | Filed: $470.45 | 2100-000 | | 470.45 | 1,410.48 |
| 03/31/20 | 104 | KIMBERLEY PETERSON, C/O GRANT M. KELLEY FAMILY SUPPORT DIVISION | Dividend paid 19.38% on $7,276.32| Claim # 7 | Filed: $7,276.32 | 5100-000 | | 1,410.48 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,881.79 | 1,881.79 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,881.79 | 1,881.79 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,881.79** | **$1,881.79** | |

*{ } Asset Reference(s)*  **UST Form 101-7-TDR ( 10 /1/2010)**  *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-27080 | **Trustee Name:** | Michael F. Thomson (640170) |
| **Case Name:** | HOLMES, CHRISTOPHER ANTHONY<br>PRINCE, DENICE DAWN | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******2629 Checking |
| **Taxpayer ID #:** | **-***7005 | **Blanket Bond (per case limit):** | $59,566,052.00 |
| **For Period Ending:** 07/09/2020 | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $1,881.79 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,881.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2629 Checking | $1,881.79 | $1,881.79 | $0.00 |
| | **$1,881.79** | **$1,881.79** | **$0.00** |

07/09/2020
Date

/s/Michael F. Thomson
Michael F. Thomson

UST Form 101-7-TDR (10 /1/2010)